## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JOSHUA BARRETT,**

      **Plaintiff,**

**vs.**                                     **Case No.: 2:15-cv-2460**
                                              **JUDGE SMITH**
                                              **Magistrate Judge Kemp**

**GARY MOHR,** *ET AL.***,**

      **Defendants.**

## ORDER

      On October 27, 2015, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that the claims against Defendant Mohr be dismissed without prejudice under Rule 21 and that the motion to dismiss (Doc. 5) be denied as moot. (*See Report and Recommendation* at 1, Doc. 18).  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

      The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  The claims against Defendant Mohr are hereby dismissed without prejudice and the motion to dismiss is denied as moot.  The Clerk shall remove Documents 5 and 18 from the Court's pending motions list.

      **IT IS SO ORDERED**.

                                                           /s/ *George C. Smith*
                                                           **GEORGE C. SMITH, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**