UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSHUA BARRETT,

    Plaintiff,                                    Case No. 2:15-cv-2460
                                                    Judge George C. Smith
v.                                                   Magistrate Judge Kemp

GARY MOHR, *et al.*,

    Defendants.


## ORDER

    Plaintiff has moved for voluntary dismissal without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).  (See Doc. 28).  The motion is unopposed and the motion shows that dismissal without prejudice is proper under Rule 42(a)(2).  The Motion (Doc. 28) is therefore granted and this action is dismissed without prejudice.

    **IT IS SO ORDERED.**

                                                      */s/ George C. Smith*
                                                      **GEORGE C. SMITH, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**